| 1. Person Reporting (Last name, first, middle initial)  Guy, Jr., Ralph B. | 2. Court or Organization  Court of Appeals for the Sixth Circuit | 3. Date of Report  5/11/06 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge - Senior Status | 5a. Report Type (check appropriate type)  ___ Nomination, Date _____  ___ Initial  X  Annual  ___ Final  5b. ___ Amended Report | 6. Reporting Period  January 1, 2005 – December 31, 2005 |
|---|---|---|

| 7. Chambers or Office Address  P.O. Box 7910  Ann Arbor, MI  48107 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

POSITION | NAME OF ORGANIZATION/ENTITY

[X] NONE (No reportable positions.)

1

2

3

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

DATE | PARTIES AND TERMS

[X] NONE (No reportable agreements.)

1

2

# III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

DATE | SOURCE AND TYPE | INCOME

A. Filer's Non-Investment Income

[X] NONE (No reportable non-investment income.)

1 $

2 $

3 $

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

[X] NONE (No reportable non-investment income.)

1

2

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Guy, Jr., Ralph B. | 5/11/06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | George Mason University | November 12-18, 2005 Key West, Florida Educational Seminar (transportation, meals & lodging) |
| 2 | | |
| 3 | Yeshiva University | December 4-6, 2005 New York, NY Educational Seminar (transportation, meal, lodging) |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☒ NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☒ NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Guy, Jr., Ralph B. | 5/11/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Detroit Edison - common stock | A | Div. | J | T | | | | | |
| 2 Comerica Bank-Detroit MI | A | Int. | K | T | | | | | |
| 3 Bank One ■ | A | Int. | K | T | | | | | |
| 4 First Community Bank | A | Int. | K | T | | | | | |
| 5 Fifth Third Bank | A | Int. | K | T | | | | | |
| 6 Northwest Georgia Bank | D | Int. | M | T | | | | | |
| 7 Capital One | C | Int. | M | T | | | | | |
| 8 Commerce Bank of Arizona | A | Int. | K | T | | | | | |
| 9 MBNA | B | Int. | L | T | closed | 7/05 | | | |
| 10 Key Bank | A | Int. | J | T | | | | | |
| 11 Countrywide Bank | A | Int. | K | T | | | | | |
| 12 GMAC Bank | A | Int. | L | T | opened | 7/05 | | | new account |
| 13 Corus Bank | B | Int. | L | T | opened | 5/05 | | | new account |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

(3) (5)     Funds from these ████ accounts were used as part payment for new accounts at Corus Bank.

(12)     The GMAC account was opened with the funds from the closed MBNA account.

(13)     See 3 & 5 above.  Balance of funds to open Corus accounts were from First Community Bank, Key Bank, income tax refund, and paychecks.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ████████████████████          Date   5/11/06

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544